IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PELOTON INTERACTIVE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 20-1535 (RGA) |
| v. ) | |
| ) | |
| ICON HEALTH & FITNESS, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of:  (1) *Plaintiff Peloton Interactive, Inc.'s Objections to Defendant ICON Health & Fitness, Inc.'s Third Party Document Subpoena to Prettybird LLC*, (2) *Plaintiff Peloton Interactive, Inc.'s Objections to Defendant ICON Health & Fitness, Inc.'s Third-Party Document Subpoena to Jeff Barber*, and (3) *Plaintiff Peloton Interactive, Inc.'s Objections to Defendant ICON Health & Fitness, Inc.'s Third-Party Document Subpoena to Mekanism, Inc.* were caused to be served on February 17, 2021, upon the following

Frederick L. Cottrell, III                                                                            *VIA ELECTRONIC MAIL*
Christine D. Haynes
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, DE 19801
*Attorneys for Defendant*

Sterling A. Brennan                                                                                   *VIA ELECTRONIC MAIL*
Tyson K. Hottinger
MASCHOFF BRENNAN GILMORE ISRAELSEN &
 WRIGHT PLLC
100 Spectrum Center Drive, Suite 1200
Irvine, CA 92618
*Attorneys for Defendant*

David R. Wright  *VIA ELECTRONIC MAIL*
Michael Howell
MASCHOFF BRENNAN GILMORE ISRAELSEN &
  WRIGHT PLLC
111 South Main Street, Suite 600
Salt Lake City, Utah 84111
*Attorneys for Defendant*

OF COUNSEL:

Steven N. Feldman
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
(213) 485-1234

Lawrence J. Gotts
Gabriel K. Bell
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
(202) 637- 2200

Marc N. Zubick
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876- 7700

David F. Kowalski
Patrick C. Justman
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400

William J. Trach
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
(617) 948-6000

February 17, 2021

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Andrew M. Moshos*

Michael J. Flynn (#5333)
Andrew M. Moshos (#6685)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mflynn@morrisnichols.com
amoshos@morrisnichols.com

*Attorneys for Plaintiff Peloton Interactive, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 17, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III<br>Christine D. Haynes<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Sterling A. Brennan<br>Tyson K. Hottinger<br>MASCHOFF BRENNAN GILMORE ISRAELSEN &<br>   WRIGHT PLLC<br>100 Spectrum Center Drive, Suite 1200<br>Irvine, CA 92618<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| David R. Wright<br>Michael Howell<br>MASCHOFF BRENNAN GILMORE ISRAELSEN &<br>   WRIGHT PLLC<br>111 South Main Street, Suite 600<br>Salt Lake City, Utah 84111<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

*/s/ Andrew M. Moshos*

Andrew M. Moshos (#6685)