IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| PELOTON INTERACTIVE, INC., | ) |
|---|---|
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 20-1535 (RGA) ) |
| iFIT, INC., | ) ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] SCHEDULE FOR PRETRIAL EXCHANGES

Plaintiff Peloton Interactive, Inc. ("Peloton") and Defendant iFIT, Inc. ("iFIT") hereby stipulate, subject to the approval of the Court, to the following schedule for Pretrial Exchanges:

| Event | Deadline |
|---|---|
| Mutual Exchange of Exhibit Lists | April 1, 2022 |
| Mutual Exchange of Witness Lists, Including Identification of Witnesses Being Made Available for Trial | April 1, 2022 |
| Peloton to Serve Joint Statement of Uncontested Facts and Cover Pleading of Pre-Trial Order | April 1, 2022 |
| Mutual Exchange of Deposition Designations | April 8, 2022 |
| Peloton to Serve Proposed Pretrial Order, Except For Contested Facts and Issues of Law, and Motions in Limine | April 8, 2022 |
| Mutual Exchange of Contested Facts and Issues of Law | April 11, 2022 |
| iFIT to Serve its Response (Redline) to Joint Statement of Uncontested Facts and Cover Pleading | April 11, 2022 |
| Deadline to Meet and Confer on Motions in Limine | April 13, 2022 |
| Mutual Deadline for Parties to Serve Opening Motions in Limine | April 18, 2022 |
| Peloton to Serve Proposed Voir Dire, Preliminary Jury Instructions, Final Jury Instructions, Verdict Form | April 21, 2022 |
| Mutual Deadline for Parties to Serve Objections to Exhibit Lists, Objections to Witness List, and Objections to Deposition Designations and Counter- Designations | April 25, 2022 |

| Event | Deadline |
|---|---|
| iFIT to Serve Response (Redline) to Proposed Pretrial Order and Exhibit List | April 26, 2022 |
| iFIT to serve Responses (Redlines) to Voir Dire, Preliminary Jury Instructions, Final Jury Instructions, Verdict Form | April 28, 2022 |
| Parties to Meet and Confer on Proposed Pretrial Order, Voir Dire, Preliminary Jury Instructions, Final Jury Instructions, Verdict Form, Exhibit List, Deposition Designations, and Witness List | April 29, 2022 |
| Mutual Deadline for Parties to Serve Oppositions to Motions in Limine | May 2, 2022 |
| Mutual Deadline for Parties to Serve Replies to Motions in Limine | May 9, 2022 |
| Mutual Exchange Near-Final Versions of All Filings | May 9, 2022 |
| File Proposed Pretrial Order, Including Motions in Limine | May 10, 2022 at 5:00 p.m. ET (no change) |
| File Proposed Voir Dire, Preliminary and Final Jury Instructions, and Special Verdict Form | May 10, 2022 at 5:00 p.m. ET (no change) |
| Pretrial Conference | May 13, 2022 (no change) |
| Trial | May 31, 2022 (3-4 days) (no change) |

The parties may modify the dates listed above by written agreement and without Court approval with the exception of the deadlines to file the proposed pretrial order, proposed voir dire, preliminary and final jury instructions, and special verdict form, the Pretrial Conference, and the Trial.

| MORRIS, NICHOLS, ARSHT & TUNNELL, LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Anthony D. Raucci* | */s/ Christine D. Haynes* |
| Jack B. Blumenfeld (#1014)<br>Michael J. Flynn (#5333)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mflynn@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Plaintiff Peloton Interactive, Inc.* | Frederick L. Cottrell, III (#2555)<br>Christine D. Haynes (#4697)<br>Tyler E. Cragg (#6398)<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>haynes@rlf.com<br>cragg@rlf.com<br><br>*Attorneys for Defendant iFIT, Inc.* |

March 30, 2022

SO ORDERED this __30th__ day of March, 2022.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE

3