IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PELOTON INTERACTIVE, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 20-1535-RGA |
| : | |
| iFIT, INC., : | |
| : | |
| Defendant. : | |

## JUDGMENT

For reasons set forth in the Court's Memorandum and Order dated May 13, 2022 (D.I. 222; D.I. 223);

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant and against Plaintiff.

/s/ Richard G. Andrews
United States District Judge

Dated: 5/13/2022

/s/ Nicole M. Selmyer
(By) Deputy Clerk